ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SLOAN HEFFRON (CABN 285347)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Sloan.heffron@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID ALLEN CARRIER, <br><br> Defendant. | CASE NO. CR 23-00301 WHA <br><br> STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 24, 2023, THROUGH NOVEMBER 28, 2023; [PROPOSED] ORDER |

    On October 24, 2023, the parties appeared before the Court for a status conference. The defendant was present and was represented by Daniel Blank. Assistant United States Attorney Sloan Heffron appeared for the government.

    At the hearing, the government advised the Court that it had recently made an initial production of discovery to the defense, and that the government understood that the defense wanted time to review the discovery. Mr. Blank stated that he agreed, and that additional time was needed for the defense's review of discovery. The parties jointly requested to return before the Court on November 28, 2023, for further status conference. The parties also jointly agreed that time should be excluded between October 24, 2023, and November 28, 2023, for the effective preparation of counsel. The Court set the matter for November 28, 2023, for further status conference.

For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until November 28, 2023, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 24, 2023, through November 28, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 25, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/
SLOAN HEFFRON
Assistant United States Attorney

/s/
DANIEL BLANK
Counsel for David Allen Carrier

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, the representations made to the Court on October 24, 2023, and for good cause shown, the Court finds that failing to exclude the time from October 24, 2023, through November 28, 2023, would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 24, 2023, and November 28, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 24, 2023, through November 28, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

                                                  HON. WILLIAM ALSUP
                                                  Senior United States District Judge