# MEMORANDUM COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Lisa J. Cisneros<br>U.S. Magistrate Judge | **RE:** | **CARRIER, David** |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | **3:23-cr-00301-WHA** |
| **Date:** | November 8, 2023 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Jalei Kinder | (408) 535-5230 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

**The following condition is deleted:**

**The following conditions are added:**
Mr. Carrier is permitted to work at the Barberhood with the following schedule on a trial basis: Tuesday through Saturday from 9 am to 2 pm.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions: By December 5, 2023, Pretrial Services shall provide a report that may include a recommendation for a change in schedule, including additional work hours.

_____  11/9/2023
**JUDICIAL OFFICER**                **DATE**