ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: nicholas.walsh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 23-CR-00301 WHA |
| Plaintiff, | ) |
| | ) STIPULATION TO EXCLUDE TIME FROM THE |
| v. | ) SPEEDY TRIAL ACT CALCULATION |
| | ) |
| DAVID ALLEN CARRIER, | ) AND |
| | ) |
| Defendant. | ) [PROPOSED] ORDER |
| | ) |
| | ) |

At the request of the Court at the conclusion of a status conference in this matter on November 28, 2023, the parties, with the consent of the defendant, hereby submit this stipulation to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h), from November 28, 2023, through and including December 19, 2023.

The parties agree as follows:

1.     The defendant, David Allen Carrier, represented by his attorney Daniel Blank, and the government, represented by Assistant United States Attorney Nicholas Walsh, appeared for a status conference on November 28, 2023.

1    2.    At the proceeding, the Court set a change of plea hearing date on December 19, 2023, at

2          1:00 p.m.

3    3.    As stated in court on November 28, 2023, because the government has some additional

4          discovery to produce, the defendant requires time to review the discovery and to conduct

5          necessary investigation, and additional time is necessary for the effective preparation of a

6          defense, the parties agree that time should be excluded under the Speedy Trial Act

7          between November 28, 2023, and December 19, 2023.

8    4.    Further, the parties agree that the ends of justice outweigh the best interests of the public

9          and the defendant in a speedy trial and thus excluding the time between November 28,

10         2023, and December 19, 2023, from computation under the Speedy Trial Act is

11         appropriate.

12   IT IS SO STIPULATED.

13

14   DATED:  November 28, 2023                    ISMAIL J. RAMSEY
                                                  United States Attorney
15

16                                               _/s/ Nicholas Walsh_____

17                                               NICHOLAS J. WALSH
                                                 Assistant United States Attorneys
18

19   DATED:  November 28, 2023

20                                               _/s/ Daniel Blank_____

21                                               DANIEL BLANK
                                                 Counsel for the Defendant
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          2
23-CR-00301 WHA

**[~~PROPOSED~~] ORDER**

Based upon the representations of counsel in the above stipulation and during a proceeding on November 28, 2023, and for good cause shown, the Court finds that failing to exclude the time between November 28, 2023, and December 19, 2023, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 28, 2023, and December 19, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between November 28, 2023, and December 19, 2023, shall be excluded from computation under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: November __29__, 2023

_____
THE HONORABLE WILLIAM ALSUP
SENIOR UNITED STATES DISTRICT JUDGE