# MEMORANDUM COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Lisa J. Cisneros<br>U.S. Magistrate Judge | **RE:** | CARRIER, David |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-cr-00301-WHA |
| **Date:** | December 5, 2023 | | |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jalei Kinder                                                       (408) 535-5230

U.S. Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

- [X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge _____ Presiding District Court Judge _____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)

  **The following condition is deleted:**

  **The following conditions are added:**

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [X] Other Instructions:
  Pretrial Services may address additional employment opportunities and determine suitability moving forward.

_____                    12/5/2023
**JUDICIAL OFFICER**                                    **DATE**