**VIOLATION MEMORANDUM COVER SHEET**

TO:  **The Honorable Lisa J. Cisneros**   RE: **CARRIER, David**
    **U.S. Magistrate Judge**

FROM: **Silvio Lugo, Chief**     Docket No.: **3:23-cr-00301-WHA**
    **U.S. Pretrial Services Officer**

Date:  **January 29, 2024**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jalei Kinder         (510) 637-3754

U.S. Pretrial Services Officer      **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____G_____ on __January 30, 2024_____ at _10:30 a.m._____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

  **The following condition is deleted:**


  **The following conditions are added:**


☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____  January 30, 2024

**JUDICIAL OFFICER**        **DATE**