| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | SLOAN HEFFRON (CABN 285347)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7234<br>Sloan.Heffron@usdoj.gov |
| 8 | Attorneys for United States of America |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-00301 WHA |
| Plaintiff, | ) | NOTICE OF REMOVAL OF COUNSEL |
| v. | ) | |
| DAVID ALLEN CARRIER, | ) | |
| Defendant. | ) | |

The United States Attorney's Office hereby files this Notice of Removal of Counsel to advise the Court that Assistant United States Attorney Sloan Heffron is no longer assigned to this matter. Please remove AUSA Sloan Heffron from the attorneys to be noticed in this case.

Assistant United States Attorney Nicholas Walsh remains as lead counsel for the government in this case.

DATED: March 29, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/
SLOAN HEFFRON
Assistant United States Attorney

NOTICE OF REMOVAL OF COUNSEL
23-CR-00301 WHA